ACCEPTED
04-15-00812-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/12/2016 11:58:40 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00812-CV

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/12/2016 11:58:40 AM
KEITH E. HOTTLE
Clerk

## MELISSA HERNANDEZ
*Appellant*

**v.**

## CHRISTUS SPOHN HEALTH SYSTEM CORPORATION d/b/a CHRISTUS SPOHN HOSPITAL KLEBERG
*Appellee*

---

**On Appeal from the 79th District Court of Jim Wells County, Texas
Cause No. 13-03-52114-CV (Hon. Richard C. Terrell)**

---

## EMERGENCY MOTION FOR EXTENSION TO FILE
## MOTION FOR REHEARING

---

Pursuant to Rules 10.3, 10.5(b), 49.8, and 79.6 of the Texas Rules of Appellate Procedure,[1] Appellant Melissa Hernandez ("Appellant") files this motion to request an extension of time to file their motion for rehearing of and from this Court, as follows:

---

[1] A reference to "Rule" in this motion refer to a rule found in the Texas Rules of Appellate Procedure.

1. This Court delivered and filed an opinion in this case on April 27, 2016 (the "Order") that reversed a denial of a motion to dismiss in the trial court and rendered judgment against Appellant.

2. Appellant intends to seek rehearing of the Order.

3. Appellant's deadline to file a motion to seek rehearing is due on May 12, 2016.

4. Appellant requests a 14-day extension of time, or until May 26, 2016, to file a motion to request rehearing of the Order.

5. Good cause exists to grant this requested extension to seek rehearing. This case raises important issues that are complex, unique, and consequential. Additional time is needed to prepare an adequate presentation of the issues raised by a finding for the first time that the report issued by Appellant's expert was deficient.

6. This requested extension is not sought for purposes of delay but so that justice may be done.

7. The factual assertions recited in this motion are within the personal knowledge of the undersigned counsel; therefore, no verification is necessary under Rule 10.2.

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests that the Court grant this motion and extend the time to file a motion for rehearing of the Order dated April 27, 2016, extending the due date from May 12, 2016, to May 26, 2016.

Respectfully submitted,

THE LAW OFFICES OF THOMAS J. HENRY
521 STARR STREET
CORPUS CHRISTI, TEXAS 78401
PHONE: (361) 985-0600
FAX: (361) 985-0601

BY:     */s/ GREGGORY A TEETER*
Thomas J. Henry
State Bar No. 09484210
Greggory A. Teeter
State Bar No. 24033264
gteeter-svc@thomasjhenrylaw.com
Curtis W. Fitzgerald, II
State Bar No. 24012626
cfitzgerald-svc@thomasjhenrylaw.com
George A. DeVera
State Bar No. 24048431
gadevera-svc@thomasjhenrylaw.com

Attorneys for Appellant Melissa Hernandez

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document has been forwarded to all counsel of record in the manner indicated below on the 12th day of May, 2016:

***VIA E-SERVICE and CMRRR***

**Michelle E. Robberson**
Texas Bar No. 16982900
900 Jackson St., Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 (fax)

**Blaine A. Holbrook**
Texas Bar No. 24008446

**Nicki K. Elgie**
Texas Bar No. 24069670
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
(210) 340-6555
(210) 340-6664 (fax)

 */S/ GREGGORY A. TEETER*
Greggory A. Teeter